

FILED
CLERK, U.S. DISTRICT COURT
OCT 3 0 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ashlee Swink DEFENDANT(S). | CASE NUMBER 24-CR-570-WLH-27 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _November 4_, _2024_, at _2:00_ ☐ a.m. / ☑ p.m. before the Honorable _Fiet_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/30/24_

_____
U.S. District Judge/Magistrate Judge