**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v. | **ORDER ON** |
| CLAIRE PATRICIA HAVILAND, et al., ZACHARY S. WINTERS (9) | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on _March 13, 2025_ at _1:30 p.m._ before Judge/Magistrate Judge _Castillo, Duty Magistrate Judge_
   *(Date of Appearance)*         (Time)

Dated: _____

                                                                         **U.S. District Judge/U.S. Magistrate Judge**